IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WHITNEY BANK, a Mississippi state chartered bank,** | ) )  ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. 15-0002-CG-M ) |
| **PULLUM-CECILIO, LLC., et al.,** | ) ) ) |
| Defendants. | |

## JUDGMENT

In accordance with the separate Order entered on this date in the above-styled case, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be, and the same hereby is, entered in favor of plaintiff, Whitney Bank, and against defendants, Bart Pullum, Rebecca Pullum and Shan Cecilio, jointly and severally, in the total amount of **$916,840.20.** Post-judgment interest will accrue at the statutory rate of 0.28%.

**DONE** and **ORDERED**, this the 15th day of June, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE